

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2016

**By ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

> The hearing is so scheduled.
>
> SO ORDERED.
>
> January 26, 2016
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re:   *United States* v. *Heredia-Cuevas, et al.*
      15 Cr. 592 (PKC)

Dear Judge Castel:

   The Government respectfully requests on behalf of both parties that the Court schedule a change of plea hearing with respect to defendant Andre Heredia-Cuevas for February 2, 2016, at 11:00 a.m.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney


                         by: /s/ Drew Johnson-Skinner
                              Drew Johnson-Skinner
                              Assistant United States Attorney
                              (212) 637-1587

cc:  Donald Yannella, Esq. (by ECF)